Robert M. Bernstein, Esq. #183398
9465 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
310.477.1480
Robert@California-Law.org

Attorney for Defendant
JULIE LE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Julie Le,<br><br>　　　　　Defendant. | No. CR - 22-340-2-AB<br><br>[PROPOSED] ORDER TO CONTINUE THE SENTENCING DATE FOR DEFENDANT JULIE LE FROM DECEMBER 5, 2025 UNTIL MARCH 20, 2026 |

　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

The sentencing hearing for defendant Julie Le is continued from December 5, 2025 to March 20, 2026.

　　Date:_____　　　　　　　_____

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE