UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Julie Le,<br><br>　　　　　Defendant. | No. CR - 22-340-2-AB<br><br>[~~PROPOSED~~] ORDER TO CONTINUE THE SENTENCING DATE FOR DEFENDANT JULIE LE FROM DECEMBER 5, 2025 UNTIL MARCH 20, 2026 |

　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT: The sentencing hearing for defendant Julie Le is continued from December 5, 2025 to March 20, 2026 at 1:30 p.m.

Dated: October 14, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE