Robert M. Bernstein, Esq. #183398
9465 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
310.477.1480
Robert@California-Law.org

Attorney for Defendant
JULIE LE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Julie Le,<br><br>        Defendant. | No. CR - 22-340-2-AB<br><br>STIPULATION TO CONTINUE THE SENTENCING DATE FOR DEFENDANT JULIE LE FROM MARCH 20, 2026 UNTIL JULY 10, 2026<br><br>CURRENT SENTENCING DATE: March 20, 2026<br><br>[PROPOSED] SENTENCING DATE:<br><br>July 10, 2026 |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney, Kevin Reidy, and defendant Julie Le ("defendant"), by and through her counsel of record, Robert M. Bernstein (collectively, the "parties"), hereby stipulate as follows:

    1.    The current sentencing hearing date is scheduled for March 20, 2026.

    2.    Defense counsel needs to conduct further investigation to prepare for sentencing including an evaluation by an expert psychologist in order to effectively represent Ms. Le at sentencing.

3. This delay was not the result of any lack of diligence by defense counsel. Rather, as of June of this year, the Administrative Office of the U.S. Courts exhausted its funding for CJA payments to defense counsel and experts.

4. Accordingly, Defense counsel was unable to obtain authorization to fund the needed expert until the funding is restored.

5. Accordingly, the parties are requesting a continuance of the sentencing date from March 20, 2026 to July 10, 2026 in order to allow defense counsel to effectively represent Ms. Le at sentencing.

IT IS SO STIPULATED.

Dated: January 21, 2026

Respectfully submitted,

/s/ Kevin Reidy
Kevin Reidy
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/s/ Robert M. Bernstein
ROBERT M. BERNSTEIN

Attorney for Defendant
JULIE LE