Robert M. Bernstein, Esq. #183398
9465 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
310.477.1480
Robert@California-Law.org

Attorney for Defendant
JULIE LE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Julie Le,<br><br>        Defendant. | No. CR - 22-340-2-AB<br><br>[PROPOSED] ORDER TO CONTINUE THE SENTENCING DATE FOR DEFENDANT JULIE LE FROM MARCH 20, 2026 UNTIL JULY 10, 2026<br><br>CURRENT SENTENCING DATE: March 20, 2026<br><br>[PROPOSED] SENTENCING DATE:<br><br>July 10, 2026 |

    GOOD CASE HAVING BEEN, SHOWN IT IS HEREBY ORDERED THAT:

The sentencing hearing for defendant Julie Le is continued from March 20, 2026 to July 10, 2026.


    Date: _____               _____

                                                UNITED STATES DISTRICT JUDGE