1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR - 22-340-2-AB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE THE SENTENCING DATE FOR DEFENDANT JULIE LE FROM MARCH 20, 2026 UNTIL JULY 10, 2026 |
| v. | |
| JULIE LE, | |
| Defendant. | CURRENT SENTENCING DATE: March 20, 2026 |
| | [~~PROPOSED~~] SENTENCING DATE: July 10, 2026 |

GOOD CASE HAVING BEEN, SHOWN IT IS HEREBY ORDERED THAT:

The sentencing hearing for defendant Julie Le is continued from March 20, 2026 to July 10, 2026 at 1:30 p.m.

Dated: January 26, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE