TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2431
E-mail: kathy.yu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIE LE,<br><br>Defendant. | No. CR 22-00340(B)-AB-2<br><br><u>GOVERNMENT'S EX PARTE APPLICATION REQUESTING A ZOOM LINK FOR THE SENTENCING HEARING</u><br><br>Sentencing Hearing: September 25, 2026 |

On September 14, 2026, the government filed an <u>Ex Parte</u> Application Requesting a Zoom Link for the Sentencing Hearing. Having considered the government's unopposed request and finding good cause, the Court hereby GRANTS the request and ORDERS that the crime victims may attend the September 25, 2026 sentencing hearing via the Court's Zoom Link.

The Zoom link is found on the Court's website, at the bottom under the heading "Zoom Webinar Information": https://apps.cacd.uscourts.gov/Jps/honorable-andr%C3%A9-birotte-jr

IT IS SO ORDERED.

_______________________
DATE

__________________________________
HON. ANDRÉ BIROTTE JR.

Presented by:
/s/
KATHY YU
Assistant United States Attorney