UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JULIE LE,<br>Defendant. | No. CR 22-00340(B)-AB-2<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION REQUESTING A ZOOM LINK FOR THE SENTENCING HEARING<br><br>Sentencing Hearing: September 25, 2026 |

On September 14, 2026, the government filed an Ex Parte Application Requesting a Zoom Link for the Sentencing Hearing. Having considered the government's unopposed request and finding good cause, the Court hereby GRANTS the request and ORDERS that the crime victims may attend the September 25, 2026 sentencing hearing via the Court's Zoom Link.

The Zoom link is found on the Court's website, at the bottom under the heading "Zoom Webinar Information": https://apps.cacd.uscourts.gov/Jps/honorable-andr%C3%A9-birotte-jr

IT IS SO ORDERED.

Dated: September 15, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE