Robert M.Bernstein, Esq. #183398
9465 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
310-477-1480

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S.A.<br><br>PLAINTIFF(S)<br>v.<br><br>Julie Le<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cr-00340-AB-2<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Ex Parte Application to File Under Seal
[Proposed] Order Granting Ex Parte Application to File Under Seal
UNDER SEAL Document

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ________________
☐ Other:

9/18/26
Date

Robert M. Bernstein
Attorney Name

Julie Le
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*